UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-23344-CIV-SEITZ/SIMONTON

JENNIE INGRAM-WARGO,

      Plaintiff,

vs.

NCL (BAHAMAS) LTD.,

      Defendant.

_____/

**ORDER DENYING MOTION TO BIFURCATE TRIAL**

      This matter is before the Court on Defendant's Motion to Bifurcate Trial [DE-69], in which Defendant seeks to bifurcate the liability and damages phases of the trial. Having reviewed the motion and response, Defendant has not met its burden of showing that significant resources will be saved by bifurcation or that it is necessary to ensure juror comprehension. Bifurcation is not the norm. This is a slip and fall case with, at most, 4 liability witnesses and 5 damages witnesses. The jury instructions will address the jurors' duty to decide the case based only on the evidence without regard to emotions, sympathy or prejudice. Rule 42 of the Federal Rules of Civil Procedure permits bifurcation when necessary "to avoid prejudice or to expedite and economize." Because Defendant has not shown that either of these goals will be achieved by bifurcation, it is hereby

      ORDERED that Defendant's Motion to Bifurcate Trial [DE-69] is DENIED.

      DONE and ORDERED in Miami, Florida, this 17th day of December, 2013.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record